# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ROSA SANDOVAL, ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-01053-AJT-TCB |
| ) | |
| ) | |
| STARWEST SERVICES, LLC, et al. ) | |
|       Defendants. ) | |
| ) | |

## DEFENDANTS MOTION TO COMPLE DISCOVERY RESPONSES FROM PLAINTIFF ROSA SANDOVAL

COMES NOW, Defendants Starwest Services, LLC. ("Starwest"), by counsel, and file this Motion to Compel Plaintiff, Rosa Sandoval, to respond to discovery pursuant to Fed R. 37, and 26 (d)(2)(A): and States as follow:

1. Plaintiff's filed a claim against Defendants for violation of the FLSA, breach of contract, *quantum meruit*, and unjust enrichment.

2. Defendant, Starwest, submitted discovery request for production of documents and interrogatories on November 8, 2017.

3. Plaintiff provided partial and evasive answers.

**WHEREFORE**, Defendants and Starwest pray that this court:

1. Compel Rosa Sandoval to submit to responsive answers; And

2. To award attorneys fees for this action.

Date: January 04, 2018                                  Respectfully Submitted,
                                                         Defendants, by Counsel

                                        _____
                                        /s/Mohamed E. Seifeldein (VSB #84424)
                                        Seifeldein & Associates, P.C.
                                        6066 Leesburg Pike, Suite 420
                                        Falls Church, VA 22041
                                        Tel: 703-778-6841
                                        Fax: 703-562-7709
                                        mes@mseiflaw.com
                                        Counsel for Defendants


**CERTIFICATE OF SERVICE**


     I, hereby certify that on January 04, 2018, I served a copy of the foregoing Motion to Compel Discovery Responses, via the ECF system, to the following:


Randall Sousa
Attorney for Plaintiff
3007 Williams Dr.
Fairfax, VA 22031
703-651-2606
randallsousa@iDefendVA.com


                                        /s/Mohamed E. Seifeldein (VSB #84424)
                                        Seifeldein & Associates, P.C.
                                        6066 Leesburg Pike, Suite 420
                                        Falls Church, VA 22041
                                        Tel: 703-778-6841
                                        Fax: 703-562-7709
                                        mes@mseiflaw.com
                                        Counsel for Defendants